EXHIBIT 1

ATLANTA PUBLIC SCHOOLS

**JOB DESCRIPTION**

Special Assistant (Superintendent)

| | |
|---|---|
| **DIVISION:** Superintendent | **GRADE:** 140 |
| **DEPARTMENT:** Administration | **WORK DAYS:** Annual |
| **REPORTS TO:** Superintendent | **FLSA STATUS:** Exempt |

## POSITION SUMMARY

The Special Assistant ensures that coordination for all business operations within the Office of the Superintendent are in the best practice for Atlanta Public Schools and serves as the Superintendent's representative on various committees and national boards by speaking and making decisions on behalf of the Superintendent. The incumbent supports the Superintendent by reviewing the mail, creating presentations, organizing the Superintendent's time, and provides leadership and supervision to administrative and clerical support staff in the office.

## MINIMUM REQUIREMENTS

***EDUCATION:***

- Master's degree required.

***CERTIFICATION/LICENSE:***

- A valid Georgia driver's license and reliable transportation is required, or ability to attend off-site meetings

***WORK EXPERIENCE:***

- 10 years of relevant work experience

## KNOWLEDGE, SKILLS & ABILITIES

- Independent judgment is required to recommend departmental or organizational objectives.
- Ability to develop and maintain ongoing internal relationships involving difficult, formal negotiations.
- Ability to apply, recommend, and implement advanced technology concepts to improve multiple divisions' efficiency and effectiveness.
- Demonstrated proficiency in using word processing and database programs on a personal computer, including speed and accuracy.
- Ability to greet and respond to requests from professional staff and the general public.
- Ability to handle confidential matters, set priorities, and work well under pressure with attention to detail.
- Excellent verbal communication and writing skills.
- Self-motivated with the ability to work with little direction.
- Ability to give direction concerning operational procedures.
- Ability to plan and organize staff office activities.

## ESSENTIAL DUTIES

- Completes a wide variety of administrative tasks for the Superintendent, including: managing an extremely active calendar of appointments; completing expense reports; composing and preparing correspondence that is sometimes confidential; arranging complex and detailed travel plans, itineraries, and agendas; and compiling documents for travel-related meetings.
- Plans, coordinates, and ensures the Superintendent's schedule is followed and respected, including arranging and scheduling appointments, meetings, and travel arrangements for the Superintendent.

ATLANTA PUBLIC SCHOOLS

- Communicates directly and on behalf of the Superintendent, with Board members, donors, staff, stakeholders, and others, on matters related to programmatic initiatives.
- Researches, prioritizes, and follows up on incoming issues and concerns addressed to the Superintendent.
- Composes various letters of acknowledgment, thanks, office matters, memos in the Superintendent's name, as instructed, in addition to typing correspondence already composed by the Superintendent.
- Provides a bridge for smooth communication between the Office of the Superintendent and internal departments; demonstrating leadership to maintain credibility, trust, and support with staff.
- Works closely and effectively with the Superintendent to keep him/her well informed of upcoming commitments and responsibilities and problems and concerns and follow up appropriately.
- Successfully completes critical aspects of deliverables with a hands-on approach, including drafting acknowledgment letters, personal correspondence, and other tasks that effectively facilitate the Superintendent's ability to lead the company.
- Prioritizes conflicting needs; handles matters expeditiously, proactively, and follows-through on projects to successful completion, often with deadline pressures.
- Establishes, organizes, and maintains files and office filing systems, including maintaining a key contacts list for the office.
- Receives incoming correspondence and daily mail, refers to appropriate staff for reply or action.
- Signs documents on behalf of the Superintendent.
- Plans, organizes, and implements the Superintendent's retreats.
- Oversees contractual agreements for Superintendent's consultants.
- Develops presentations as directed by the Superintendent.
- Directs special projects and manages Superintendent's Office staff.
- Required to have prompt, regular attendance in-person or virtually and be available to work on-site, in-person during regular business hours, and as needed.
- Performs other duties as assigned by an appropriate administrator or their representative.

## PHYSICAL ABILITIES AND WORKING CONDITIONS

The Physical Abilities and Other Conditions of Continued Employment listed in this section are representative of but are not intended to provide an exhaustive list of Physical Abilities and Other Conditions of Continued Employment which may be required of positions in this class. Atlanta Public Schools encourages persons with disabilities who are interested in employment in this class and need a reasonable accommodation of those disabilities to contact the Human Resources Department for further information.

**Vision:** Ability to read small print and view a computer screen for prolonged periods.
**Hearing:** Ability to tolerate exposure to noisy conditions
**Speech:** Ability to be understood in face-to-face communications, to speak with a level of proficiency and volume to be understood over a telephone or computer.
**Upper Body Mobility:** Ability to use hands to grasp and manipulate small objects; manipulate fingers, twist and bend at wrist and elbow; extend arms to reach outward and upward; use hands and arms to lift objects; turn, raise, and lower head.
**Strength:** Ability to lift, push, pull and/or carry objects which weigh as much as 15 or more pounds on a frequent basis.
**Environmental Requirements:** Ability to encounter constant work interruptions; work cooperatively with others; work independently; work indoors.

ATLANTA PUBLIC SCHOOLS

**Mental Requirements:** Ability to read, write, understand, interpret and apply information at a moderately complex level essential for successful job performance; math skills at a high school proficiency level; judgement and the ability to process information quickly; learn quickly and follow verbal procedures and standards; give verbal instruction; rank tasks in order of importance; copy, compare, compile and coordinate information and records. Understand how to manage stress

**Additional Work Conditions & Physical Abilities:** Will require travel to multiple sites.

***Atlanta Public Schools assures Equal Employment Opportunities and equal education opportunities for employees and students as required by Federal and State Orders and Laws. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential tasks. This job description is intended to accurately reflect the position activities and requirements. However, management and administration reserves the right to modify, add, or remove duties and assign other duties as necessary. It is not intended to be and should not be construed as an all-inclusive list of all the responsibilities, skills, or working conditions associated with the position.***

EXHIBIT 2

From: Turner, Camalyn Camalyn.Turner@atlanta.k12.ga.us Subject: Fw: Board Notice: Transition in the Office of the Superintendent Date: Aug 31, 2023 at 2:09:31 PM To: Camalyn Turner cst7dst@me.com

**From:** Herring, Lisa <Lisa.Herring@atlanta.k12.ga.us>
**Sent:** Friday, January 21, 2022 2:47 PM
**To:** Board Members <boardmembers@atlanta.k12.ga.us>
**Cc:** Bishop, Jerod <Jerod.Bishop@atlanta.k12.ga.us>; Turner, Camalyn <Camalyn.Turner@atlanta.k12.ga.us>; Spann, Obrian <Obrian.Spann@atlanta.k12.ga.us>; Gaither, Pierre <Pierre.Gaither@atlanta.k12.ga.us>
**Subject:** Board Notice: Transition in the Office of the Superintendent

Dear Board Members,

I have some news to share regarding personnel shifts in the Office of the Superintendent and the Office of Schools.

Ms. Camalyn S. Turner, the current Special Assistant to the Superintendent, will be transitioning to the Department of Discipline and School Assignments to serve as Interim Coordinator. Ms. Turner is both a veteran educator and a licensed attorney. Her legal and educational expertise as well as her knowledge of organizational leadership will help APS meet the immediate, elevated need for support and management of our disciplinary process stemming from the vacancy of our Coordinator of Student Discipline role.

With this shift, the current Special Projects Coordinator for the Office of Schools, Mr. O'Brian Spann, will serve as the Superintendent's Interim Special Assistant. Mr. Spann is a veteran educator and has provided impeccable support to the Office of Schools. He will work in conjunction with Ms. Turner to ensure that continuity of services is provided to the organization.

The continued support of these two professionals is greatly appreciated.

Yours in service,

Lisa

**Dr. Lisa N. Herring**

EXHIBIT 3

**ATLANTA PUBLIC SCHOOLS**
**MONTHLY HUMAN RESOURCES REPORT**
**PERSONNEL ACTIONS (APPOINTMENTS, SEPARATIONS, CREATIONS, RECLASSIFICATIONS, and ABOLISHMENTS**

**CERTIFIED EMPLOYEES**

**A. RECOMMENDATIONS FOR APPOINTMENTS**

| | | | | | |
|---|---|---|---|---|---|
| 1 | | **Abdullahi, Asman** | Student Support Disproportionality Specialist | Office Of Academics | 7/21/2022 |
| | B.A. | Georgia State University | | | |
| 2 | | **Adebiyi, Adeola** | Teacher | C.S. King YWLA (6-12) | 7/25/2022 |
| | B.S. | Mississippi State University | | | |
| | M.S. | Vanderbilt University | | | |
| 3 | | **Aiken, Lami** | Assistant Principal | Scott Elem. | 7/1/2022 |
| | B.S. | Georgia State University | | | |
| | M.Ed. | Central Michigan University | | | |
| 4 | | **Allen, Frederick** | Teacher | Howard Middle | 7/25/2022 |
| | B.A. | Alabama A&M University | | | |
| | M.B.A. | University of Phoenix | | | |
| | M.A.T.M | Fuller Theological Seminary | | | |
| 5 | | **Allen, Joy** | Teacher | Cleveland Avenue Elem. | 7/25/2022 |
| | B.B.A. | Clark Atlanta University | | | |
| 6 | | **Allred, Katherine** | Teacher | Boyd Elem. | 7/25/2022 |
| | B.A. | Warren Wilson College | | | |
| | M.A. | Western Carolina University | | | |
| 7 | | **Alsobrook, Sheri** | Teacher | Cascade Elem. | 7/25/2022 |
| | B.S. | Kennesaw State University | | | |
| | M.Ed. | Kennesaw State University | | | |
| | Ed.S. | University of West Georgia | | | |
| 8 | | **Amofah, John** | Teacher | Douglass High | 7/25/2022 |
| | B.A. | University of North Georgia | | | |
| 9 | | **Anderson, Aisha** | Teacher | Hollis Innovation Academy | 7/25/2022 |
| | B.B.A. | Wilberforce University | | | |
| | M.Ed. | Grand Canyon University | | | |
| 10 | | **Anderson, Rebekah** | Teacher | Toomer Elem. | 7/25/2022 |
| | B.A. | Elon University | | | |
| | M.Ed. | John Hopkins University | | | |

| | | | | | |
|---|---|---|---|---|---|
| 165 | Tichenor, Sabrena | Teacher | King Middle | 5/27/2022 | 2 - Resignation |
| 166 | Tijerina, Melissa | Teacher | Lin Elem. | 5/27/2022 | 2 - Resignation |
| 167 | Toombs, Johnny | Behavior Specialist | Washington High | 6/3/2022 | 2 - Resignation |
| 168 | Tritt, Taylor | Special Education Preschool Teacher | Jackson Elem. | 5/27/2022 | 2 - Resignation |
| 169 | Valdez, Jessie | Teacher | Russell Middle | 5/27/2022 | 2 - Resignation |
| 170 | Walford, Korrey | Teacher | Smith Elem. | 5/27/2022 | 1 - Retirement |
| 171 | Walker, Lakeesha | Teacher | Bolton Elem. | 5/27/2022 | 2 - Resignation |
| 172 | Ware, Shawanna | Teacher | Dunbar Elem. | 5/27/2022 | 2 - Resignation |
| 173 | Washington, Tayla | Teacher | Washington High | 5/27/2022 | 2 - Resignation |
| 174 | Weary-Wilson, Karen | Teacher | Douglass High | 5/27/2022 | 1 - Retirement |
| 175 | Webb, Jesse | Restorative Practices Coach | Howard Middle | 6/3/2022 | 2 - Resignation |
| 176 | Whitaker, Shalisha | Teacher | Cleveland Avenue Elem. | 5/27/2022 | 2 - Resignation |
| 177 | Wilcher, Stacey | Instructional Coach | Bunche Middle | 6/3/2022 | 2 - Resignation |
| 178 | Wiley, Courtney | Psychologist Intern | Office of Academics | 6/3/2022 | 2 - Resignation |
| 179 | Williams, Daphe | Teacher | Hollis Innovation Academy | 5/27/2022 | 2 - Resignation |
| 180 | Williams, Gloria | Teacher | Therrell High | 6/30/2022 | 1 - Retirement |
| 181 | Williams, Kendra | Teacher | Cleveland Avenue Elem. | 5/27/2022 | 2 - Resignation |
| 182 | Williams, Lakimberly | Teacher | Maynard Jackson High | 5/2/2022 | 3- Discharged |
| 183 | Williams, Latifah | Teacher | Academic Officer | 5/27/2022 | 2 - Resignation |
| 184 | Williams, Tamara | Teacher | Cleveland Avenue Elem. | 5/27/2022 | 2 - Resignation |
| 185 | Williams, Vonetta | Teacher | Harper Archer Elem. | 5/27/2022 | 2 - Resignation |
| 186 | Wilson, Janay C | Teacher | Howard Middle | 5/27/2022 | 2 - Resignation |
| 187 | Wing-Paul, Dimitri | Psychologist Intern | Office of Academics | 6/3/2022 | Resignation |
| 188 | Yale, Elizabeth L | Teacher | Midtown High | 5/27/2022 | 2 - Resignation |
| 189 | Zaveri, Kalindi | Teacher | North Atlanta High | 5/27/2022 | 2 - Resignation |

**AT-WILL EMPLOYEES**
**C. RECOMMENDATIONS FOR APPOINTMENTS**

| | **NAME** | **POSITION** | **LOCATION** | **EFFECTIVE DATE** |
|---|---|---|---|---|
| 1 | **Barnett, Carolyn** | Executive Director - Strategic Engagement | Office of Strategy & Engagement | 6/1/2022 |
| B.S. | Tuskegee University | | | |
| J.D. | Miles Law School | | | |
| 2 | **Champion, Sheletha** | Program Director - Strategy Management | Office of Strategy & Engagement | 8/1/2022 |
| B.A. | North Carolina A&T State University | | | |
| M.B.A. | Winthrop University | | | |
| 3 | **Frances, Daphney** | Coordinator - Development | Office of Strategy & Engagement | 7/11/2022 |
| B.S. | Florida A&M University | | | |
| M.Ed. | Saint Leo University | | | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | | **Freeman, Bukeka** | Federal Programs Specialist | Center for Social Justice and Equity | 7/18/2022 |
| | B.A. | Kennesaw State University | | | |
| | M.S. | Kennesaw State University | | | |
| | M.B.A. | Keller Graduate School of Management of DeVry Univ | | | |
| 5 | | **Gibson, Shakaria** | Coordinator - Turnaround | Performance & Information Technology | 8/29/2022 |
| | B.S. | University of Georgia | | | |
| | M.A.Ed | Central Michigan University | | | |
| | Ed.S. | Jacksonville State University | | | |
| 6 | | **Hogue, Alpachino** | Executive Director - Strategic Initiative | Office of Strategy & Engagement | 7/1/2022 |
| | B.A. | University of Missouri-Columbia | | | |
| | M.Ed. | Harvard University Grad School ED | | | |
| | Ed.LD | Harvard University Grad School ED | | | |
| 8 | | **Lu, Kathleen** | Program Manager - Position Control | Finance | 6/16/2022 |
| | B.B.A. | Georgia State University | | | |
| 10 | | **Mena, Jose** | Director- Student Discipline | Division of Schools | 8/15/2022 |
| | B.S. | Kean University | | | |
| | M.A.Ed | American Intercontinental University | | | |
| 11 | | **Miller, Shayla** | Coordinator -Continuous Improvement | Performance & Information Technology | 7/25/2022 |
| | B.S. | Spelman College | | | |
| | M.Ed. | Georgia State University | | | |
| 12 | | **Montgomery, Ezra** | Applications Developer | Performance & Information Technology | 7/5/2022 |
| | B.A. | Georgia State University | | | |
| | A.A. | Cochise College | | | |
| 13 | | **Mosley, Jasmine** | Interim Media Relations Manager | Chief Of Staff | 6/1/2022 |
| | B.A. | Clark Atlanta University | | | |
| 14 | | **Sands, Delanie** | Fiscal Manager | Chief Of Academics | 8/1/2022 |
| | B.B.A. | Nova Southeastern University | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | **Shanelle, Coleman** | Interim Project Manager I (Chief Of Staff) | Chief Of Staff | 7/1/2022 |
| | B.S. | Clark Atlanta University | | | |
| | M.B.A. | Georgia Institute Of Technology | | | |
| 15 | | **Seabrook, Renee** | Coordinator - Behavior | Division of Schools | 8/16/2022 |
| | B.S. | Georgia State University | | | |
| | M.S. | Clark Atlanta University | | | |
| 16 | | **Spann, Obrian** | Special Assistant - Superintendent | Superintendent | 7/1/2022 |
| | B.A. | Claflin University | | | |
| | M.S. | South Carolina State University | | | |
| | Ed.S. | University of West Alabama | | | |
| 17 | | **Tharpe, Kimesha** | Financial Analyst - Federal Programs | Center for Social Justice and Equity | 7/18/2022 |
| | B.A. | Clayton State University | | | |
| 18 | | **Turner, Camalyn** | Interim Executive Director - School Supports And Initiatives | Division of Schools | 7/1/2022 |
| | B.A. | Alabama A&M University | | | |
| | M.A. | Alabama A&M University | | | |
| | M.A.Ed | University of West Alabama | | | |
| | J.D. | Birmingham School of Law | | | |
| 19 | | **Webb, Kerrell** | Interim Coordinator - Events | Chief Of Staff | 7/1/2022 |
| | B.A. | Chowan University | | | |
| 20 | | **Wilson, Janay** | Coordinator of Schools Turnaround | Performance & Information Technology | 7/25/2022 |
| | B.S. | North Carolina A&T State University | | | |
| | M.Ed. | Thomas University | | | |
| 21 | | **Young, Kenya** | Program Manager - Quality & Process Improvement | Facilities | 6/16/2022 |
| | B.B.A. | University of South Carolina | | | |
| | M.B.A. | Webster University | | | |
| | M.S. | Webster University | | | |

**D. SEPARATIONS FROM EMPLOYMENT**

| No. | NAME | POSITION | LOCATION | EFFECTIVE DATE | REASON |
|---|---|---|---|---|---|
| 1 | Glass, Leverius | Employee Relations Specialist | Human Resources | 7/31/2022 | 3- Discharged |
| 2 | Haire, Mashirika | Legal Assistant | Legal Services | 7/7/2022 | 2 - Resignation |
| 3 | Hollomon, Taras | Major | Safety & Security | 6/30/2022 | 2 - Resignation |
| 4 | Lis, David | Assistant Director - Lawson Operations | Performance & Information Technology | 7/29/2022 | 1 - Retirement |
| 5 | Lovett, Katika D | Assistant Superintendent | Office of Academics | 6/30/2022 | 2 - Resignation |
| 6 | Washington, Rosalyn | Digital Learning Specialist | Office Of Academics | 7/29/2022 | 2 - Resignation |

**CLASSIFIED EMPLOYEES**

**E. RECOMMENDATIONS FOR APPOINTMENTS**

| | | NAME | POSITION | LOCATION | EFFECTIVE DATE |
|---|---|---|---|---|---|
| 1 | | **Adams, Kiarra** | AUTR Teacher Resident | Harper Archer Elem. | 7/25/2022 |
| | B.S. | Clayton State University | | | |
| 2 | | **Adrien, Stephaney** | Paraprofessional | Beecher Hills Elem. | 7/25/2022 |
| | A.S. | Georgia Perimeter College | | | |
| 3 | | **Alghanee, Sekelajah** | Paraprofessional | Jones, M.A. Elem. | 7/25/2022 |
| | B.S. | Savannah State University | | | |
| 4 | | **Armstrong, LaDreya** | Parent Liaison | Garden Hills Elem. | 7/25/2022 |
| | A.S. | Atlanta Metropolitan College | | | |
| 5 | | **Asberry, Brittany** | Paraprofessional | Miles Elem. | 7/25/2022 |
| | HS Diploma | Hearts To Nourish Hope INC. | | | |
| 6 | | **Baugh, Anna** | School Clerk | Usher/Collier Heights Elem. | 7/18/2022 |
| | HS Diploma | Frederick Douglass High School | | | |
| 7 | | **Beavers, Jannette** | School Secretary | Tuskegee Airmen Global Academy | 7/15/2022 |
| | A.S. | Grantham University | | | |
| 8 | | **Bishop, Genevieve** | Paraprofessional | Garden Hills Elem. | 7/25/2022 |
| | A.S. | Florida Southwestern State College | | | |
| | B.S. | Florida Gulf Coast University | | | |
| 9 | | **Bivins-Reese, Corliss** | Interim Custodial Services Specialist | Facilities | 6/7/2022 |
| | A.S. | Gupton Jones College | | | |
| 10 | | **Blakely, Matthew** | Non-Instructional Aide | Henry Lewis Hank Aaron New Beginnings | 7/21/2022 |
| | HS Diploma | Tartan Senior High School | | | |
| 11 | | **Brooks, Taj** | Paraprofessional | Therrell High | 7/25/2022 |
| | HS Diploma | Benjamin E. Mays High School | | | |
| 12 | | **Brown, Brandee** | Project Manager-Energy and Environment | Facilities | 6/27/2022 |
| | B.A. | Calif State University-Northridge | | | |
| 13 | | **Brown, Kermela** | School Clerk | HJ Russell West End Academy | 7/13/2022 |
| | A.A. | Atlanta Technical College | | | |

ATLANTA PUBLIC SCHOOLS

DIVISION OF HUMAN RESOURCE SERVICES
OFFICE OF EMPLOYEE RELATIONS
130 TRINITY AVENUE, S.W.
ATLANTA, GA 30303-3624
404-802-2259 PHONE
404-802-1309 FAX

EXHIBIT 4

# INVESTIGATION SUMMARY REPORT

**Specific Information about Principal Parties:**

**Complainant:** Jerod Bishop, Chief of Staff

**Respondents:** Staff Members of IT and Performance Management and the Office of Schools

**Date of Alleged Incident:** December 15, 2022

**Date Complaint Filed:** January 2, 2023

**Allegations:**
The Office of Employee Relations received a complaint filed by Jerod Bishop, Chief of Staff, on January 2, 2023. The complaint alleged that Staff Members of IT and Performance Management and the Office of Schools hosted an End-of-Semester event and employees were involved in widespread drinking during work hours.

**Complainant's (Jerod Bishop) Account:**
Prior to the winter break, Mr. Bishop was informed by Karen Black, Executive Director of Communications that the IT and Performance Division and the Office of Schools had an event in which individuals became "sloppy drunk." Mr. Bishop said that, at the time, he thought nothing of it. He assumed that the event occurred after work hours.

Later, Mr. Bishop said he received a text message from Nicole Lawson, Chief of Human Resources alleging that the conversation was between Ms. Lawson and a principal. In the text message, the principal complains that it is not equitable that central office employees are having an event during the work day while principals are still working. In this text message, the principal does not report nor suggest that anyone was consuming alcohol at this event.

Mr. Bishop said that he then put "two and two" together and believes that the event happened during the workday, and drinking was involved. He suggested that Camalyn (Cam) Turner, Interim Executive Director, Chief of School could be a potential witness and could give a first-person account of what happened that day.

**Witness's (Nicole Lawson) Account:**

**Nicole Lawson provided a written statement. The statement is provided below:**

"On the evening of January 2, 2023, I received a phone call from Jerod Bishop, Chief of Staff, regarding a rumor of an off-site Performance and Information Technology (PIT) Division holiday event that occurred on December 15, 2022. I replied that I heard of the event, but there is nothing wrong with having a team-building event off-site, and I told him I even had to give more context to a principal that thought it was connected to the hybrid remote work model. Further, I stated that the principal sent me a screenshot of an employee that posted about the event on Facebook. Mr.

Bishop then said, well did you hear that people got sloppy drunk at this event? And that there are pictures of people drinking? I replied, no. Mr. Bishop replied, I just want your advice on whether I should tell Dr. Herring. I replied, yes. You should based on your role. Mr. Bishop said, okay. I am going to call her now.

That same evening, January 2, 2023, I sent the attached e-mail to Dr. Isis Manboard, Director of Employee Relations, to review and investigate the allegation as reported by Mr. Bishop.

**Witness's (Camalyn Turner) Account**:

Camalyn Turner was interviewed on January 4, 2023. Ms. Turner stated that members of the Office of Schools were sent an invite by Tawanna Roberts, Administrative Manager. The party was scheduled from 1:00 p.m.- 3:00 p.m. on December 15, 2022. Ms. Turner forwarded a copy of the original evite from Ms. Roberts dated December 14, 2022, at 2:46 p.m.

Ms. Turner said that she walked in with Dr. Goodwine, Associate Superintendent. Ms. Turner stated that she was late to the event. She provided information regarding several team members who were not present at the event and those who did not drink (herself, the Associate Superintendents, and others). When asked did she see anyone drinking, she said she saw cups that looked like they might have alcohol in them, but she was not definite. However, the behavior of some of the participants seems to indicate they were drinking. Ms. Turner could not expressly identify any individual who was drinking. Ms. Turner said that Tawanna Roberts offered to get her a drink because all of the pitchers were empty. When asked what type of beverages were in the pitchers, she said Coke, Sprite, and Sweet Tea. She also believes that the party may have been recorded with APS equipment.

**Evidence Reviewed:**

Witness Statements and Interviews

**Witnesses & Relevant Testimony (Relative to Allegation):**

| Witness & Specific Descriptive Information | Testimony Corroborated, Inconclusive, or Refuted Allegation | COMMENTS, IF APPLICABLE |
|---|---|---|
| **Camalyn Turner, Interim Executive Director, Chief of Schools** | **Inconclusive** | Ms. Turner was interviewed on January 4, 2023, at 3:34 p.m. She expressed that she believes drinking occurred at the party based on the shape of the glasses and the behavior of some of the party participants. Ms. Turner could not; however, identify any specific person(s) who was drinking. |

| Witness & Specific Descriptive Information | Testimony Corroborated, Inconclusive, or Refuted Allegation | COMMENTS, IF APPLICABLE |
|---|---|---|
| **Nicole Lawson, Chief Human Resources Officer** | **Inconclusive** | Ms. Lawson reported that she received information regarding the event, but she did not receive any report of alcohol being consumed. |

**The Atlanta Public School Board Policies:**

Atlanta Public Schools Board Policy:

**GAGC Employee Ethics**: (1) Make decisions based on what is best for students in all cases. (2) Maintain honest, equitable, professional relationships with students, parents, and other staff members.

**The Code of Ethics for Educators** (b) Standard 2: Conduct with Students - An educator shall always maintain a professional relationship with all students, both in and outside the classroom. Unethical conduct includes but is not limited to 1. Committing any act of child abuse, including physical and verbal abuse. 2. Committing any act of cruelty to children or any act of child endangerment.

**GAMA: Drug-Free Workplace**

In accordance with the federal Drug-Free Schools and Communities Act Amendments of 1989 and Drug-Free Workplace Act of 1988, the Official Code of Georgia Annotated (O.C.G.A. §34-9-410) and the Georgia Drug-Free Public Work Force Act of 1990, the board hereby declares that the unlawful manufacture, distribution, dispensing, possession, or use of alcohol or a controlled substance, marijuana, tobacco, or dangerous drug is prohibited in the workplace or school-system property at any time for all Atlanta Public Schools employees in order to create a safe, orderly, tobacco-free environment. This includes school-sponsored events, athletic events, buses, vehicles, etc.

Compliance with this Safe and Drug-Free Workplace Policy is mandatory for all APS employees. Employees found in violation of this policy shall be terminated and are not eligible for re-employment.

**Analysis:**

Witness statements do not provide adequate information to support the claim that there was widespread drinking at the End-of-Semester event. Witnesses were unable to identify specific individuals who engaged in consuming alcoholic beverages nor did they produce images to support the allegation.

**Conclusion:**

Based upon a review of the evidence gathered during this investigation, it has been determined that the available evidence:

**___X_ does not substantiate the allegation** that the Staff Members of the IT and Performance Management and the Office of Schools did not violate Board Policies GAGC, the Code of Ethics for Educators, and GAMA during their End-of-Semester event.

**Prepared by:**

Isis Manboard (Feb 1, 2023 09:23 EST)

Feb 1, 2023

**Isis Manboard, Ed. D**
**Director of Employee Relations**

**Date**

**Reviewed & approved by:**

Nicole Lawson

February 1, 2023

**Nicole C. Lawson**
**Chief Human Resources Officer**

**Date**

EXHIBIT 5



Forward
camalyn.turner@atlanta.k12.ga.us

**From:** Turner, Camalyn <Camalyn.Turner@atlanta.k12.ga.us>
**Sent:** Friday, April 21, 2023 5:18 PM
**To:** Smith, Matthew
**Cc:** Goodrum, Shelly
**Subject:** HANBA Student's Assigned to AVA Flex

Hi Matt,

This is to remind you of our conversation about next year's virtual program at Hank Aaron and the potential need for an audit for this year. I know the next month will be busy for everyone, but I want to keep the issue in mind.

Yesterday, Principal Robinson shared that the effect of enrolling students in the AVA Flex program was that students could not retain any credits for assignments completed at their home schools during that semester. It would be a good idea to figure out how many students were affected and the impact. We should also include equity and legal in the conversation.

I spoke to Shelly, and she is already considering updates to AVA.

All the best,

EXHIBIT 6

State of Georgia
Department of Labor

**SEPARATION NOTICE**

1. Employee's Name TURNER, CAMALYN S. 2. S. S. No. XXX-XX-6866

a. State any other name(s) under which employee worked.

3. Period of Last Employment From JANUARY 12, 2021 To SEPTEMBER 29, 2023

4. REASON FOR SEPARATION:

a. LACK OF WORK ☐

b. If for other than lack of work, state fully and clearly the circumstances of the separation: ☐ END OF ASSIGNMENT

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
(DO NOT include vacation pay or earned wages)

(ty… in the amount of $ ____ for period from ____ to ____

Date above payment(s) was/will be issued to employee ____

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
____ …onth ____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ? YES ☐ NO ☐ If NO, how much? $ ____
Average Weekly Wage ____

Employer's Name ATLANTA PUBLIC SCHOOLS (Allstaff HR Group)
Address 130 TRINITY AVENUE S.W. (6650 Sugarloaf Parkway, Suite 300)
City ATLANTA (Duluth) State GA 30303 (GA 30097) ZIP Code
Employer's Telephone No. 404.802.2300 (770-339-0000)
(Area Code) (Number)

Ga. D. O. L. Account Number 130168-08
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

Monica Seda
Signature of Official, Employee of the Employer or Authorized Agent for the Employer
HR STRATEGIC ADMINISTRATOR
Title of Person Signing
August 31, 2023
Date Completed and Released to Employee

**NOTICE TO EMPLOYER**

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1 199FF, you may attach a copy of this form (DOL-800) as a part of your response.

**NOTICE TO EMPLOYEE**

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

ATLANTA PUBLIC SCHOOLS

DIVISION OF HUMAN RESOURCE SERVICES
Talent Management Department
CENTER FOR LEARNING AND LEADERSHIP
130 TRINITY AVENUE, S.W.
ATLANTA, GA 30303-3624
404-802-2300 PHONE
404-802-1311 FAX

August 31, 2023

Employee ID: 134563

Camalyn Turner
230 Bill Kennedy Way SE Apt. B 503
Atlanta, GA 30316

Dear Ms. Turner

This letter serves as your separation with Atlanta Public Schools last report date of **September 1, 2023**. Given this, you will be paid through **September 29, 2023**, and your last payroll check will be **October 15, 2023.**

If you wish to withdraw pension deposits, log onto www.trsga.com. On the home page, click on account login and click active member login. Once you register/login, click view, click Apply for Refund of Contribution and confirm information. Print your confirmation and return all applicable documents for processing. Information regarding the continuation of your benefits will be mailed to you by the Employee Benefits Unit.

**As we continually improve our practices to better serve our employees, we would appreciate your feedback regarding your experiences working in APS! Please complete the brief Employee Exit Survey via the QR Code or link below.**

**You may access the exit survey here**:

https://survey.co1.qualtrics.com/jfe/form/SV_3CbFQQDRlj8m87A

Thank you for the contributions you have made to APS and to the welfare of children, and we look forward to receiving your valuable, anonymous feedback!

We wish you all the best in your future endeavors.

Sincerely,

*Monica Seda*

Monica Seda
HR Staffing Director

MS/vs

cc: Matthew Smith – Chief Performance Officer
Employee Benefits
Payroll
Employee File